Case 4:07-cv-00097-WAP-SAA   Document 6   Filed 06/22/2007   Page 1 of 1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**QUINN MCNEAL (# 102215)**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**No. 4:07CV97-P-A**

**ZETTA HORSLEY, ET AL.**　　　　　　　　　　　　　　　　　　**DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 22nd day of June, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dockets.Justia.com